**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Zachary T. Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINO GREEN and JACOB POLONSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES U.S.A. INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:22-cv-02610-MMC<br><br>CLASS ACTION<br><br>Hon. Maxine M. Chesney<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE TO NAMED PLAINTIFFS AND WITHOUT PREJUDICE TO ABSENT CLASS MEMBERS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)**<br><br>Date:       August 12, 2022<br>Time:       9:00 a.m.<br>Courtroom: 7 |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Valentino Green and Jacob Polonski, by and through their counsel Ryan J. Clarkson and Zachary T. Chrzan of Clarkson Law Firm, P.C., hereby voluntarily dismiss their individual claims with prejudice, and the putative claims of proposed class members without prejudice.

Dated: July 19, 2022  **CLARKSON LAW FIRM, P.C.**

 /s/ Zachary T. Chrzan
Ryan J. Clarkson, Esq.
Zachary T. Chrzan, Esq.

*Attorneys for Plaintiffs*